United States District Court
Southern District of Texas
**ENTERED**
May 25, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:21-CV-00801 |
| MAS RESTAURANT GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER OF DISMISSAL**

In accordance with the Joint Stipulation of Dismissal with Prejudice filed May 5, 2021, it is hereby ORDERED that this entire action, including all claims that were or could have been asserted, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on May 25, 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE